IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:11cr186-MHT |
| | ) | (WO) |
| TERRY SPICER | ) | |

### ORDER

Upon consideration of defendant Terry Spicer's petition for early termination of supervised release (doc. no. 44), which the probation department and the government do not oppose, it is ORDERED that the petition is granted, supervised release is terminated, and defendant Terry Spicer is discharged.

DONE, this the 31st day of January, 2018.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE